# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DONALD KEITH STIDHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-204

_____

February 7, 2024

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Howard L. Dimmig, II, Public Defender, and Frederick W. Vollrath, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Michael W. Mervine, Senior Assistant Attorney General, Tampa; and Krystle Celine Cacci, Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, KHOUZAM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.